IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KILBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-225-RAH |
| | ) |
| FOLEY PRODUCTS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon review of the Joint Stipulation of Dismissal with Prejudice (doc. 35), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is ORDERED that this action is DISMISSED with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close this case.

**DONE** on this the 13th day of September, 2022.

　　　　　　　　　　　　　　/s/ R. Austin Huffaker, Jr.
　　　　　　　　　　　　　　R. AUSTIN HUFFAKER, JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE